IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL A. STEINLE and EARNEST E. STEINLE | : | |
| | : | C.A. No. |
| Plaintiff, | : | |
| v. | : | |
| | : | TRIAL BY JURY OF |
| LANKFORD-SYSCO FOOD SERVICES, LLC, a Maryland Corporation, and KEN F. REYNOLDS, | : | TWELVE DEMANDED |
| Defendants. | : | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| JILL A. STEINLE and EARNEST E. STEINLE | : | |
| | : | C.A. No. 05C-08-002 RFS |
| Plaintiff, | : | |
| | : | ARBITRATION PROCEEDING |
| v. | : | |
| | : | TRIAL BY JURY OF |
| LANKFORD-SYSCO FOOD SERVICES, LLC, a Maryland Corporation, and KEN F. REYNOLDS, | : | TWELVE DEMANDED |
| Defendants. | : | |

## NOTICE OF SERVICE

I, THOMAS J. GERARD, ESQUIRE, hereby certify that on November 29, 2005, two (2) copies of the **NOTICE OF REMOVAL OF DEFENDANTS, LANKFORD-SYSCO FOOD SERVICES, LLC AND KEN F. REYNOLDS**, were served by regular mail to the following attorney of record:

Clayton E. Bunting, Esquire
Wilson, Halbrook & Bayard
P.O. Box 690
Georgetown, DE 19947

                              MARSHALL, DENNEHEY, WARNER
                                 COLEMAN & GOGGIN

BY: _____
       THOMAS J. GERARD, ESQUIRE
       1220 North Market Street
       Suite 202
       P.O. Box 130
       Wilmington, DE 19899
       Attorney for Defendants, Lankford-
       Sysco Food Services, LLC and Ken
       Reynolds

DATED:     November 29, 2005