IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL A. STEINLE and EARNEST E. STEINLE | : : | |
| | : | C.A. No. |
| Plaintiff, | : : | |
| v. | : : | |
| | : | TRIAL BY JURY OF |
| LANKFORD-SYSCO FOOD SERVICES, LLC, a Maryland Corporation, and KEN F. REYNOLDS, | : : : : | TWELVE DEMANDED |
| Defendants. | : : | |

---

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| JILL A. STEINLE and EARNEST E. STEINLE | : : | |
| | : | C.A. No. 05C-08-002 RFS |
| Plaintiff, | : : | ARBITRATION PROCEEDING |
| v. | : : | TRIAL BY JURY OF |
| LANKFORD-SYSCO FOOD SERVICES, LLC, a Maryland Corporation, and KEN F. REYNOLDS, | : : : : | TWELVE DEMANDED |
| Defendants. | : : | |

## CERTIFICATION OF VALUE

I, Thomas J. Gerard, Esquire, attorney for defendants, Lankford-Sysco Food Services, and Ken F. Reynolds, hereby certify in good faith at this time that in my opinion the sum or value of the above-captioned matter exceeds seventy-five thousand ($75,000.00) dollars, exclusive of interest and costs.

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

BY: _____
THOMAS J. GERARD, ESQUIRE
1220 North Market Street
Suite 202
P.O. Box 130
Wilmington, DE 19899
Attorney for Defendants, Lankford-Sysco Food Services, LLC and Ken Reynolds

DATED:   November 29, 2005