**Utility Events**
1:05-cv-00819-UNA Steinle et al v. Lankford-Sysco Food Services LLC et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 12/7/2005 at 4:11 PM EST and filed on 12/7/2005
**Case Name:**     Steinle et al v. Lankford-Sysco Food Services LLC et al
**Case Number:**   1:05-cv-819
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-819 Notice will be electronically mailed to:**

Thomas J. Gerard    tgerard@mdwcg.com

**1:05-cv-819 Notice will be delivered by other means to:**

Clayton E. Bunting
Wilson, Halbrook & Bayard
107 W. Market St.
P.O. Box 690
Georgetown, DE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



RETURN FOR POSTAGE