IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL A. STEINLE and ERNEST E. STEINLE, | :<br>: C.A. NO. 05-CV-00819 GMS<br>: |
| Plaintiffs, | :<br>:<br>: |
| v. | :<br>: |
| LANKFORD-SYSCO FOOD SERVICES, LLD. a Maryland Corporation, and KEN F. REYNOLDS, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Seitz, Van Ogtrop & Green, P.A. and Bernard A. Van Ogtrop, Esquire as counsel for plaintiffs, Jill A. Steinle and Ernest E. Steinle.

          SEITZ, VAN OGTROP & GREEN, P.A.

          BY <u>/s/ Bernard A. Van Ogtrop</u>
          BERNARD A. VAN OGTROP
          Bar I.D. #447
          222 Delaware Avenue, Suite 1500
          P.O. Box 68
          Wilmington, DE  19899
          Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL A. STEINLE and ERNEST E. STEINLE, | :<br>: C.A. NO. 05-CV-00819 GMS<br>: |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| LANKFORD-SYSCO FOOD SERVICES, LLD. a Maryland Corporation, and KEN F. REYNOLDS, | :<br>:<br>:<br>: |
| Defendants. | : |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2006, I electronically filed the Entry of Appearance with the Clerk of Court using ECF which will send notification of such filing(s) to the following: Thomas J. Gerard, Esquire, Marshall, Dennehey Warner, Coleman & Goggin.

                    SEITZ, VAN OGTROP & GREEN, P.A.

                    BY /s/ Bernard A. Van Ogtrop
                    BERNARD A. VAN OGTROP
                    Bar I.D. #447
                    222 Delaware Avenue, Suite 1500
                    P.O. Box 68
                    Wilmington, DE  19899
                    Attorney for Plaintiffs

54378 v1