

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
### OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

November 7, 2006

Clerk of the Court
Delaware Supreme Court
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

RE:   Steinle, et al. v. Lankford-Sysco Food Services, et al.
      Civil Action No. 05-819 GMS

Dear Clerk:

   Pursuant to an Order remanding the above-captioned case to your Court, enclosed please find the following item:

   (X) Certified copy of the Order of Remand

   Please acknowledge receipt of the above item on the attached copy of this letter.

Sincerely,
PETER T. DALLEO, CLERK

By: *Maure McDavid*
    Deputy Clerk

Encl.

I hereby acknowledge receipt of the above listed item on _____.

_____
Signature